**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| LYNDSAY DAVIDSON, an individual; BRANDON SALINAS, an individual; R.S., an individual; M.S., an individual; P.S., an individual; W.S., an individual; and TYLER SPRADLING, an individual.<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF LOS ANGELES, a government entity; FNU PEREZ, an individual; GEORGINA ACOSTA, an individual; VICTORIA CISNEROS, an individual; CYNTHIA WONG, an individual; SHEILA LOTA, an individual; PRINCESS MOTON, an individual; and LILY RODRIGUEZ, an individual.<br><br>Defendant. | Case No. SACV 16-01693 AG (JCGx)<br><br>**JUDGMENT** |

The Court enters Judgment against Plaintiffs and in favor of Defendants.

Dated May 6, 2019

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT